BEFORE THE FIRST DIVISION, APRIL 12, 1956

**No. 59834.**—S. Nathan & Co., Inc. *v.* United States, protest 236472–K (New York).

Opinion by OLIVER, C. J. In accordance with oral stipulation of counsel that at the time the merchandise in question was exported from Czechoslovakia "the Presidential Proclamation, T. D. 52837, withdrawing reduced rates of duty on articles the growth, produce or manufacture of Czechoslovakia had not been promulgated" and that the garnets in question are subject to the reduced rate of duty under paragraph 1528, as modified, *supra*, the claim of the plaintiff was sustained.

**No. 59835.**—Paramount Import Co., Inc., et al. *v.* United States, protests 200565–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of pendants similar in all material respects to those the subject of *Brier Manufacturing Co.* v. *United States* (39 C. C. P. A. 68, C. A. D. 465), the articles entered, or withdrawn from warehouse for consumption, prior to April 21, 1948, were held dutiable at 20 percent under paragraph 1528 as imitation semiprecious stones, faceted, and the articles entered, or withdrawn from warehouse for consumption, on or after April 21, 1948, were held dutiable at 10 percent under said paragraph, as modified by T. D. 51802, supplemented by T. D. 51898, as claimed.